

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00872-CV

**IN RE** Art Martinez **DE VARA**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
              Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice

Delivered and Filed:  December 23, 2014

PETITION FOR WRIT OF MANDAMUS DENIED

On December 15, 2014, relator Art Martinez de Vara filed a petition for writ of mandamus and a motion emergency temporary relief pending a ruling on the mandamus petition. The court has considered the petition for writ of mandamus and is of the opinion that relator has not demonstrated that he is entitled to the relief sought. Accordingly, the petition for writ of mandamus and the motion for emergency temporary relief are denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2014CI16459, styled *Art Martinez de Vara, Mayor of the City of Von Ormy, Texas v. Jacqueline Goede, Verna Hernandez, and Carmina Aguilar*, pending in the 225th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.